AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>Title 21, U.S.C. § 844(a) - Possession of a Controlled Substance (Class A Misd.); Title 18, U.S.C. § 13, assim. Cal H. & S. § 11364(a) Possession of Drug Paraphernalia (Class B Misd.) ☐<br>☐ Petty<br>☐ Minor<br>☒ Misdemeanor<br>☐ Felony | **DEFENDANT - U.S.**<br>▶ ANTHONY R. MARTIN<br><br>DISTRICT COURT NUMBER |
| PENALTY:<br>Maximum Prison Term one year<br>Maximum Fine $100,000<br>Maximum Supervised Release of one year<br>Mandatory Special Assessment $25<br><br>E-filing | CR 08  0078 |

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM  Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY M. THOMAS

**DEFENDANT**

IS *NOT* IN CUSTODY  MAG
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 12/28/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
1355 Sandia Avenue
Sunnyvale, California 94806

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08 0078 |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: Title 21, United States Code, Section 844(a) - Possession of a Controlled Substance (Class A Misdemeanor); Title 18, United States Code, Section 13, assimilating California Health & Safety Code, Section 11364(a) – Possession of Drug Paraphernalia (Class B Misdemeanor) |
| v. | ) | |
| ANTHONY R. MARTIN, | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 21 U.S.C. § 844(a) - Possession of a Controlled Substance

On or about December 28, 2007, in the Northern District of California, the defendant,

ANTHONY R. MARTIN,

did knowingly and intentionally possess a controlled substance, to wit: a substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 844(a), a Class A Misdemeanor.

//

INFORMATION

1  COUNT TWO: 18 U.S.C. § 13, assimilating California Health & Safety Code § 11364 –
        Possession of Drug Paraphernalia.

On or about December 28, 2007, in the Northern District of California, while within the boundaries of an area under the exclusive jurisdiction of the United States and administered by the Presidio Trust, the defendant,

ANTHONY R. MARTIN,

did possess a device, contrivance, instrument, and paraphernalia used for unlawfully smoking a controlled substance, to wit: a pipe used for smoking cocaine base, in violation of Title 18, United States Code, Section 13, assimilating California Health & Safety Code Section 11364, a Class B Misdemeanor.

DATED: February 14, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION