IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>ANTHONY R. MARTIN,<br>    Defendant.<br>_____/ | No. CR-O8-0078 MAG<br>**ORDER** |

The above defendant is hereby ORDERED to pay a Mandatory special assessment fee of $25.00 which shall be due immediately. Payment shall be made to the Clerk of the U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

If you have any questions, please contact Brenda Tolbert, Courtroom Deputy to the Honorable Maria-Elena James at 415-522-4708.

**IT IS SO ORDERED.**

Dated: May 6, 2008

                                                UNITED STATES JUDGE
                                                HON. MARIA-ELENA JAMES

**United States District Court**
For the Northern District of California