05/07/2008 01:21 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

**San Francisco**

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Case No. DCAN308CR000078** | | US V MARTIN | | | | | | | |
| 001 | ANTHONY R. MARTIN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 54611003089 | 1 | PR | 25.00 | 05/02/2008 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

$25.00 SPECIAL ASSESSMENT
PAID IN FULL  m 5-2-08

Page 1 of 1